# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

128530

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JAMES LOUIS TAYLOR, JR.,
        Defendant-Appellant.

SC: 128530
COA: 257595
Ogemaw CC: 02-002053-FH

_____/

On order of the Court, the application for leave to appeal the March 15, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

Corbin R. Davis

s0125

Clerk